Kathleen R. KIRBY, Plaintiff—Appellant,

v.

GENESIS PROPERTIES AND HUNT INVESTMENTS; Michael C. Hunt, Defendants—Appellees.

No. 05–1525.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 27, 2005.

Decided: Sept. 29, 2005.

Kathleen R. Kirby, Appellant Pro Se. Christopher Garrett Hill, Meyer, Goergen & Marrs, Richmond, Virginia, for Appellees.

Before LUTTIG, MOTZ, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kathleen R. Kirby appeals the district court's order dismissing her 42 U.S.C. § 1983 (2000) complaint for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Kirby v. Genesis Properties & Hunt Investments,* CA–04–792 (E.D.Va. Apr. 8, 2005). We dispense

with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*